Scott Edelsberg, Esq.
California Bar: 330090
scott@edelsberglaw.com
**EDELSBERG LAW, P.A.**
20900 NE 20th Ave, #417
Aventura, FL 33180
Telephone: 305-975-3320

Seth M. Lehrman, Esq.
California Bar: 178303
seth@epllc.com
**EDWARDS POTTINGER LLC**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

Andrew J. Shamis, Esq. (*Pro Hac Vice to be filed*)
ashamis@shamisgentile.com
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299
Facsimile: 786-623-0915

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| VANESSA CAMACHO, individually and on behalf of all others similarly situated,<br><br>　　*Plaintiff*,<br><br>vs.<br><br>ROUTE FOUR, LLC d/b/a HYDROPONICS, INC.,<br><br>　　*Defendant*. | Case No. 5:20-CV-00980-JGB-KK<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Jesus G. Bernal |

Plaintiff, Vanessa Camacho, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Vanessa Camacho, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: August 5, 2021

Respectfully submitted,

*/s/ Scott Edelsberg*
Scott Edelsberg, Esq.
California Bar: 330090
scott@edelsberglaw.com
**EDELSBERG LAW, P.A.**
20900 NE 20th Ave, #417
Aventura, FL 33180
Telephone: 305-975-3320

Seth M. Lehrman, Esq.
California Bar: 178303
seth@epllc.com
**EDWARDS POTTINGER LLC**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

Andrew J. Shamis, Esq.
(*Pro Hac Vice to be filed*)
ashamis@shamisgentile.com
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299
Facsimile: 786-623-0915

*Counsel for Plaintiff and the Proposed Class*

## Certificate of Service

I hereby certify that on August 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

*/s/ Scott Edelsberg*
Scott Edelsberg, Esq.
California Bar: 330090
scott@edelsberglaw.com
**EDELSBERG LAW, P.A.**
20900 NE 20th Ave, #417
Aventura, FL 33180
Telephone: 305-975-3320